United States District Court
Southern District of Texas
**ENTERED**
September 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANOTHER JANE DOE, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00142 |
| COMMUNITY HEALTH CHOICE TEXAS, INC., *et al*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on September 7, 2021 (Doc. #63). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

It is so ORDERED.

SEP 2 9 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge